CADWELL *v.* PHILLIPS *et al.*

HILL, J. The record in this case is substantially the same as that in the case of *Durden v. Phillips,* 166 *Ga.* 689 (144 S. E. 313). The rulings there made are controlling in the instant case.
*Judgment reversed. All the Justices concur.*

No. 6623. FEBRUARY 13, 1929.

*William B. Kent,* for plaintiff.   *N. L. Gillis  Jr.,* for defendants.